**Oronde S. MABRY, Petitioner–Appellant,**

v.

**Eric WILSON, Warden, Respondent–Appellee.**

**No. 14–6430.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: Aug. 1, 2014.

Oronde S. Mabry, Appellant pro se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error because Mabry is not entitled to relief under *Alleyne v. United States*, —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. *Mabry v. Wilson*, No. 3:13–cv–00545–REP, 2014 WL 879355 (E.D.Va.

Mar. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*